UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. GROUNDS, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0464 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned has separately issued an order screening plaintiff's second amended complaint filed April 11, 2014. The undersigned found that plaintiff's claim that he was wrongfully charged restitution stated a potentially cognizable claim for relief. The undersigned found that plaintiff's retaliation claim should be dismissed because no defendants are linked to this claim. The undersigned also found that plaintiff's retaliation claim violated Federal Rule of Civil Procedure 18.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

　　　　IT IS HEREBY RECOMMENDED that plaintiff's retaliation claim contained in his second amended complaint be dismissed for the reasons stated in the screening order.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 8, 2014

Lee464.56

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE