UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE, | No. 2:14-cv-0464 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. GROUNDS, et al., | |
| Defendants. | |

On June 23, 2014, plaintiff filed a document titled "Notice of Change of Address, Appointment of Counsel." In this pleading, plaintiff states that he is no longer incarcerated and informs the court of his new address. While the title of this pleading suggests that plaintiff is requesting the appointment of counsel, plaintiff does not specifically make this request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 23, 2014 pleading (ECF No. 16) is not construed as containing a request for appointment of counsel.

Dated: July 2, 2014

Lee0464.31

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1