1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   GEORGE LEE,                                    No.  14-cv-0464 TLN KJN P
12                    Plaintiff,
13            v.                                     ORDER
14   R. GROUNDS, et al.,
15                    Defendants.
16

17            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20            On May 8, 2014, the magistrate judge issued findings and recommendations herein which
21   were served on plaintiff and which contained notice to plaintiff that any objections to the findings
22   and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to
23   the findings and recommendations.
24            The court has reviewed the file and finds the findings and recommendations to be
25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
26   ORDERED that:
27            1.  The findings and recommendations filed May 8, 2014 are adopted in full; and
28   ////

                                                     1

 2.  Plaintiff's retaliation claim contained in his second amended complaint is dismissed based on the reasons as stated in the screening order (ECF No. 9).

Dated: July 21, 2014

_____
Troy L. Nunley
United States District Judge

Lee464.800