UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>             Plaintiff,<br><br>      v.<br><br>R. GROUNDS, et al.,<br><br>             Defendants. | No. 2: 14-cv-0464 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On July 18, 2014, the court granted plaintiff thirty days to complete and submit 3 completed USM-285 forms. (ECF No. 19.) The July 18, 2014 order stated that following receipt of these forms, the court would order service of defendants Garay, Sturcho and Ashley with the second amended complaint. (Id.)

Thirty days passed and plaintiff did not submit the 3 completed USM-285 forms.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

1

1 | may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
2 | Cir. 1991).
3 | Dated:  August 27, 2014

5 | Lee464.fusm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE