UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>                    Plaintiff,<br><br>          v.<br><br>R. GROUNDS, et al.,<br><br>                    Defendants. | No. 2: 14-cv-0464 TLN KJN P<br><br><br>ORDER |

Plaintiff is a former state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 18, 2014, the court granted plaintiff thirty days to submit completed USM-285 forms for defendants Garay, Sturcho and Ashley.  (ECF No. 19.)  Thirty days passed and plaintiff did not submit the 3 completed USM-285 forms.  Accordingly, on August 27, 2014, the undersigned recommended that this action be dismissed.  (ECF No. 22.)

On September 8, 2014, plaintiff filed objections to the findings and recommendations.  (ECF No. 23.)  Plaintiff alleges that he sent his completed USM-285 forms directly to the U.S. Marshal.  The U.S. Marshal's office has informed the court that there is no record of that office having received the forms from plaintiff.

Good cause appearing, the August 27, 2014 findings and recommendations are vacated.  Plaintiff will be granted another opportunity to complete and return the USM-285 forms *to the court*.  Plaintiff should not mail his forms to the U.S. Marshal.

1

Accordingly, IT IS HEREBY ORDERED that:

1. August 27, 2014 findings and recommendations (ECF No. 22) are vacated;
2. The Clerk of the Court is directed to send plaintiff 3 USM-285 forms;
3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and return the 3 completed USM-285 forms *to the court*; and
4. Following receipt of the completed USM-285 forms, the court will direct the U.S. Marshal to serve defendants Garay, Sturcho and Ashley with the second amended complaint.

Dated:  September 17, 2014

Lee464.vac(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEE,<br><br>           Plaintiff,<br>v.<br><br>R. GROUNDS,<br><br>           Defendants. | No.  2:  14-cv-0464 TLN KJN P<br><br>ORDER |

       Plaintiff submits the following documents in compliance with the court's order filed _____:

       _3___          completed USM-285 forms

DATED:

                                                                                    _____
                                                                                    Plaintiff

3